# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139476

RICKY TEEL, Individually and as
Personal Representative of the Estate
of LILLIAN TEEL, Deceased,
        Plaintiff-Appellant,

v

              SC: 139476
              COA: 280215
              Wayne CC: 06-604695-NO

DORIS MEREDITH,
        Defendant,

and

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the July 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2010              _____
                                Clerk

y0324